```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEPHEN S. TU,<br><br>　　　　　　　Plaintiff,<br><br>　　-against-<br><br>RICHARD SANCHEZ, JR. and WESTON MORABITO,<br><br>　　　　　　　Defendants. | 1:23-cv-2461-MKV<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

　　The parties have filed a Stipulation of Discontinuance of this Action dated June 28, 2023. [ECF No. 9]. Accordingly, the Initial Pretrial Conference scheduled for July 7, 2023 is canceled. The parties are directed to comply with the Notice to Attorney to refile the Stipulation in accordance with the docket entry dated June 30, 2023.

**SO ORDERED.**

**Date:　July 6, 2023**　　　　　　　　　　　　　_____
**　　　　New York, NY**　　　　　　　　　　　　**MARY KAY VYSKOCIL**
　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**